IN THE United States District Court
for The Northern District of Texas

Emilio H. Chavez, JR et AL;

Chavez Estate

V

Irving Picard; Bernard Madoff;
Peter Madoff; Shana Madoff; Andrew
Madoff; Banco Santander; Manuel
Echevegria; Robert Jaffe; Cohmand
Securities; Fairfield Greenwich Group;
Optimal Investments Services.SP; Richard
Piccoli; Gensee Capital Corp; Price Waterhouse
Cooper; HSBC Holding PLC; Bank Medici

CAUSE NO.

5-09MC0006-C

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 5 2009
CLERK U.S. DISTRICT COURT
By _____ Deputy

Original Petition for Complaint on Breach of Contract.

To The Honorable Court:

Comes Now Emilio Chavez, JR Petition By and Through Himself. files Original Petition for Complaint on Breach of Contract. & will show


RECEIVED
MAR - 5 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# Parties of Interest

1) Plaintiff(s)

This suit is brought by Emilio Chavez, Jr. who resides at Preston Smith Unit 1313 CR 19 Lamesa, Texas 79331.

As owner of or s⸺ Partner, Executive Officer Authorized to Act on behalf of:

- a) Chavez Holding LLC — 2302 36th Lubbock, TX 79412
- B) Chavez Transportation — 2302 36th Lubbock TX 79412
- C) Chavez Foundation — 2302 36th Lubbock TX 79412
- D) Chavez Family Trust — 2302 36th Lubbock TX 79412
- E) West Texas Outreach, Inc. — 2302 36th Lubbock TX 79412
- F) West Texas Human Resource Corp — 2302 36th Lubbock, TX 79412
- G) Jenny Holding, LLC — 2302 36th Lubbock, TX 79412
- H) The Jenny Group, AG — 2302 36th Lubbock TX 79412
- I) Jenny Global, Ltd. — 2302 36th Lubbock TX 79412

J) Jenny Financial Group, AG  2302 36th Lubbock, TX 79412

K) JenTech, AG  2302 36th Lubbock, TX 79412

L) Chavez Capital Holding, LLC  2302 36th Lubbock, TX 79412

M) Christian Family Outreach, Inc.  2302 36th Lubbock, TX 79412

N) Chavez Estate  2302 36th Lubbock, TX 79412

2) Defendant(s)

This is a Suit, Alleged violation of Securities Act of 1933, Securities Exchange Act of 1934, Hobbs Act, Rico Act by use or through Extortion, fraud misprepesentation, Deceptive Trade practice, Misappropreation of funds, theft, Bab faith Against:

a) Bernard L. Madoff - ~~New York~~ Manhattan, NY

B) Bernard L. Madoff Investment Securities LLC/ Through Trustee: Irving H. Picard 2100 McKinney Ave. Suite 800 Dallas, TX 75201

C) Peter Madoff - Address unknown

D) Shana Madoff - Adress unknown

E) Andrew Madoff - Address unknown

F) Banco Santander - Madrid Spain

G) Manuel Echevegria - Geneva

H.) Robert Jaffe - Palm Beach, CA
I) Cohmand Securites - ~~New York~~ Manhattan, NY
J) Bank Medici - Vienna, Italy
K) Fairfield Greenwich Group
   Address Unknown
L) Optimal Investmests Services, SP.
   Address Unknown (Switzerland)
M) Richard Piccoli - Buffalo, NY
N) Gen-See Capital Corp - Buffalo, NY
O). Pricewaterhouse Cooper - Address Unknown
P) HSBC Holding Inc.  Address Unknown
Q) ~~Bank~~

## Jurisdiction

Jurisdiction is appropriate, Petition is filed pursuant to 28 USC § 1332, § 1331, § 1334

The District Court shall have original jurisdiction of all action arising under the Constitution, diversity of Citizenship and Amount of Controversy Exceeds $75,000.

Petition Meets Absolute diversity of Citizenship & Amount. E Fed. R.C.P 9(b); 8(a)

## Cause of Action

Petitioner Complaint alleges that as a Direct and Proximate Acts or Omissions By defendants; violating and or sustaining injuries from Elements of offense proscribed by The Hobbs Act 18 USC §1951, Rico Act 18 USC §1961; Securities Exchange Act of 1934 §10(b). 15 USC § 78(b) 17 CFR § 240.10b-5; Securities Act of 1933 §12, 15 USC § 77; Probably or Did Cause defendant's to breach an Implied Contract by breaching a fiduciary Duty Through fraud; Misrepresentation, Misapropration of funds, MisManagement, Deception, Extortion. Petitioner Suffered Actual Losses, Economic Loss, Loss of Intrest income, in Excess of $750 Million Dollars.

Defendants,

IRVING H. Picard - for Bernard L. Madoff ~~Securities~~ Investment Securities; Bernard L. Madoff; Peter Madoff; Shana Madoff, Andrew Madoff; Banco Santander; Manuel Echeveyria; Robert Jaffe; Cohmand Securities; Fairfield Greenwich Group; Optimal Investment Services, SP; Richard Piccoli; Gen-See Capital Corp; hereafter Defendants Group;

This is a Securites fraud Action Against Defendants group. for maintaing a Ponzi scheme, from spring 1998 Through winter 12/2005.

Petitioner opened several Accounts, for the sole Purpose of investments, in hope of making Profit from interest, dividends. Petition was mislead to Believe his investments were within The meaning of Securities Act, Defendants group issued Petitioner Securities That were Not Registered, To which Stocks and Bonds, Petitioner, Alleges Bonds issued Through Bernard L. Madoff investment Securities are Worthless, Cusip issued to Petitioner by Bernard L. Madoff are Not Registered issued By Bernard L. Madoff to Mask The fraudulent Ponzi scheme, This Criminal Enterprise prepared False paper work & issued non-registered Securities

facilitated by gross negligence, fraud, deception, misappropration, mismanagement, extortion, A breach of fidicuary duty and breach of an implied contract, more Than $750 million Dollars was Diverted from The True Purchase of Securities into a Criminal enterprise as A Direct Result, Petitioner Suffered injuries of Economic loss, Actual Loss, Loss of Intrest income and Other Damages in Excess of $750 Million Dollars. for All The above and forgoing reasons Petitioner demand of and from the Defendant's group The respective Sum of $750 Million plus Cost herein & Pre, Post Judgment Intrest. Defendants,

    Price Waterhouse Cooper; HSBC Holding PLC, Bank Medici; As The Auditors and Actors as Custodians for the Assets failed in The fidicuary Duties to the Client for failure to Expose or discover The Ponzi Scheme.

    Petitioner Request to preserve his best Intrest & All The Plaintifs This Court Appoint A Trustee for The Chavez Trust, to be Established by interpleader. Pursuant to interpleader Act § 1335, 1397, 2361

Petitioner Request a Preliminary hearing, in which an appointment of Trustee for The Chavez Trust, Petitioner will Tender or Transfer All Securities Purchased By Petitioner's from Bernard L Madoff investments securities SEE Affidavit Pg 3-6 to Trust fund.

Wherefore Petitioner Prays for General Relief. Prays, Service by Publication Due to Vast Diversity

Respectfully Submitted

Emilio Chavez, Jr
TDCJ 1369270

## Certificate of Service

I Emilio Chavez, Jr TDCJ 1369270 Certify That a True & Correct Copy of The forgoing was Placed in The Smith Unit Mail System. Addressed to Clerk, U.S. District Court for Northern District of Texas 1205 Texas Ave Lubbock, TX 79401.

Sign This The 3rd Day of March, 2009

Emilio Chavez, Jr
TDCJ 1369270

Emilio Chavez, Jr     1369270
Preston Smith Unit
1313 CR 19
LAMESA, TX 79331



Clerk
U.S. District Court
Northern District of Texas
Lubbock Division
1205 Texas Ave
Lubbock, TX 79401

LEGAL MAIL

RECEIVED
MAR -5 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS